IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN STRACK,

    Petitioner,                                       No. CIV S-10-1311 DAD P

    vs.

BOARD OF PRISON HEARINGS, et al.,

    Respondents.                                      ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's August 31, 2010 request for appointment of counsel (Doc. No. 12) is denied without prejudice.

DATED: September 8, 2010.

                                                     _____
                                                     DALE A. DROZD
DAD:md/4                                            UNITED STATES MAGISTRATE JUDGE
stra1311.110